

# The Commonwealth of Massachusetts
William Francis Galvin, Secretary of the Commonwealth
Corporations Division

FILED IN CLERKS OFFICE

2006 MAR 22 P 12: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

March 21, 2006

TO:    United States District Court
RE:    Civil No. 05-10582-GAO

    I, *William Francis Galvin, Secretary of the Commonwealth*, do hereby certify that I have complied with section 37 of Chapter 223 of the Massachusetts General Laws, as amended by Chapter 306 of the Acts of 1945, by forwarding on: March 17, 2006

to:    North American Fabricating Corp.
      3163 Mystic Valley Parkway
      Medford, MA 02155

by certified mail, return receipt requested, a copy of an Order of Notice issued by the above named court in the case of:

    **Massachusetts Carpenters Central Collection Agency et al**
                              v.
          **North American Fabricating Corp.**

The undelivered copy is attached hereto.

In witness whereof, I have hereunto set my hand at Boston, this 21st day of March 2006

                                            **WILLIAM FRANCIS GALVIN**
                                            **SECRETARY OF THE**
                                            **COMMONWEALTH**

One Ashburton Place, 17th Floor · Boston, Massachusetts 02108 · (617) 727-0104
www.state.ma.us/sec/cor