UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTERS CENTRAL )
COLLECTION AGENCY, et al., )
)
)
Plaintiffs, )
) CIVIL ACTION
v. ) NO. 05-10582-GAO
)
NORTH AMERICAN FABRICATING, CORP., )
)
Defendant. )
_____)

### REQUEST FOR NOTICE OF DEFAULT

Plaintiffs respectfully request that the court send a Notice of Default to the defendant, North American Fabricating Corp., 3163 Mystic Valley Parkway, Medford, MA 02155 in the above-captioned action. Defendant North American Fabricating Corp was served with the complaint on March 17, 2006.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: April 11, 2006

Respectfully submitted,

Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440

_____
Attorney for plaintiffs Massachusetts
Carpenters Central Collection Agency, et al