UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASS. CARPENTERS CENTRAL COLLECTION AGENCY, ET AL

           Plaintiff

    V.

NORTH AMERICAN FABRICATING CORP.
           Defendant

CIVIL ACTION

NO. 05-10582-GAO

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **MASS. CARPENTERS CENTRAL COLLECTION AGENCY, ET AL** for an order of Default for failure of the Defendant, **NORTH AMERICAN FABRICATING CORP.**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **14** day of **APRIL, 2006** .

                                        SARAH A. THORNTON
                                        CLERK OF COURT

                                  By: **PAUL LYNESS**
                                        Deputy Clerk

**Notice mailed to:**

**(Default Notice.wpd - 3/7/2005)**