UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS CARPENTERS CENTRAL )
COLLECTION AGENCY, et al.,  )
 )
    Plaintiffs, )
 )  CIVIL ACTION
v. )  NO. 05-10582-GAO
 )
NORTH AMERICAN FABRICATING, CORP., )
 )
    Defendant. )

## JUDGMENT

O'TOOLE, D.J.

    Defendant North American Fabricating Corp. having failed to plead or otherwise defend in this action and default having been entered on April 14, 2006.

    Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $31,349.43, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $275.00 it is hereby

**ORDERED, ADJUDGED AND DECREED:**

    1. That plaintiffs recover from defendant N North American Fabricating Corp. the sum of $31,624.43 with interest as provided by law.

By the Court,

_Paul S. Hyman_
Deputy Clerk

Dated: 5/8/06